UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CIGPF I CORP.,

            Plaintiff,

    -against-                                      Civil Action No. 12 CV 4845 (MGC)

BLUESTEM BRANDS, INC.,

            Defendant.

------------------------------------------------------------x

## NOTICE OF APPEARANCE AND DEMAND

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE, that Paul D. Sarkozi of Tannenbaum Helpern Syracuse & Hirschtritt LLP hereby appears in the above-entitled action, and that the undersigned has been retained as an attorney for Plaintiff CIGPF I CORP, and hereby demands service of all papers and notices of all proceedings in said action be served upon the undersigned at the office and post office address listed below.

Dated: New York, New York  
          May 2, 2013

TANNENBAUM HELPERN  
SYRACUSE & HIRSCHTRITT LLP

By: _____S/ Paul D. Sarkozi_____  
      Paul D. Sarkozi

900 Third Avenue  
New York, New York 10022  
(212) 508-7524  
Fax: (212) 371-1084  
Email: sarkozi@thsh.com

*Attorneys for Plaintiff CIGPF I CORP.*

[980007-1]