UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
CIGPF I CORP.,

        Plaintiff,

-against-                                         Civil Action No. 12 CV 4845 (MGC)

BLUESTEM BRANDS, INC.,

        Defendant.

-------------------------------------------------------------x

## NOTICE OF APPEARANCE AND DEMAND

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE, that Jaclyn H. Grodin of Tannenbaum Helpern Syracuse & Hirschtritt LLP hereby appears in the above-entitled action, and that the undersigned has been retained as an attorney for Plaintiff CIGPF I CORP, and hereby demands service of all papers and notices of all proceedings in said action be served upon the undersigned at the office and post office address listed below.

Dated: New York, New York              TANNENBAUM HELPERN
           May 9, 2013                    SYRACUSE & HIRSCHTRITT LLP

                                                                 By:    S/ Jaclyn H. Grodin
                                                                              Jaclyn H. Grodin

                                                  900 Third Avenue
                                                  New York, New York 10022
                                                  (212) 508-6776
                                                  Fax: (212) 371-1084
                                                  Email: grodin@thsh.com

                                                  *Attorneys for Plaintiff CIGPF I CORP.*

[980114-2]